**No. 52567.**—Westergaard, Berg-Johnsen Co. v. United States, protests 957239–G, etc. (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269 were held subject to an allowance for tare of inedible coverings of 2½ percent from the net weight reported by the United States Weigher. The items of merchandise stipulated to be the same as the cheese involved in *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016) were held properly dutiable at 5 cents per pound, but not less than 20 percent ad valorem, under the provision in paragraph 710, as modified by the trade agreement with Finland (T. D. 48554), for "Cheese having the eye formation characteristic of the Swiss or Emmenthaler type."

**No. 52568.**—Victor Cory Co. et al. *v.* United States, protests 99669–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel and on the authority of *Kraft-Phenix Cheese Corp.* v. *United States* (T. D. 47955) it was held that an allowance for the weight of the paper or foil, or both, should have been made by the collector from the net weight used in computing the duty thereon.

BEFORE THE THIRD DIVISION, SEPTEMBER 30, 1948

**No. 52569.**—J. A. Forrest Co. et al. *v.* United States, protests 114847–K, etc. (Minneapolis).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.